

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF $499,950.00 IN U.S. CURRENCY. | CR Misc. No. 18-01622-JAK <br> [~~PROPOSED~~] ORDER |

Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS ORDERED that, pursuant to 18 U.S.C. § 983(a)(3)(A), the deadline by which the United States of America shall be required to file a complaint for forfeiture with respect to

///

///

1 | the $499,950.00 in U.S. Currency shall be extended until and
2 | including Friday, April 12, 2019.
3 |     IT IS SO ORDERED.

_____April 2, 2019_____  
DATE

_____  
HONORABLE JOHN A. KRONSTADT  
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA  
United States Attorney  
LAWRENCE S. MIDDLETON  
Assistant United States Attorney  
Chief, Criminal Division  
STEVEN R. WELK  
Chief, Asset Forfeiture Section


_____/s/John J. Kucera_____  
JOHN J. KUCERA  
Assistant United States Attorney

Attorneys for the Plaintiff  
UNITED STATES OF AMERICA

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **March 28, 2019**, I served a copy of: **[PROPOSED] ORDER EXTENDING THE DEADLINE FOR FILING COMPLAINT FOR FORFEITURE** upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:  Yoon Ham, Esq.**
     **Lewis & Ham, LLP**
     **1425 W. Foothill Blvd., Ste. 235**
     **Upland, CA 91786**

**X**   I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **March 28, 2019** at Los Angeles, California.

Deena R. Bowman